JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
S. J. ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
C. T. ;
P. W. ;
S. E. S. ;
T. S. ;
S. A. ;
R. R. ;
B. B. ;
I. B. ;
Caring for Complex Kids Coalition ;

### Defendant(s):

First Listed Defendant:
Acting Director of Missouri Department of Social Services Jennifer Tidball ;
**County of Residence:** Cole County

Additional Defendants(s):
Missouri Department of Social Services ;

**County Where Claim For Relief Arose:** Cole County

### Plaintiff's Attorney(s):

Joel Ferber (S. J.)
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 63108
**Phone:** 314-534-4200
**Fax:**
**Email:** jdferber@lsem.org

Lisa J. D'Souza ( Caring for Complex Kids Coalition)
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 63108
**Phone:** 314-534-4200
**Fax:**
**Email:** ljdsouza@lsem.org

Lucas Caldwell-McMillan ( Caring for Complex Kids Coalition)
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 63108
**Phone:** 314-534-4200

### Defendant's Attorney(s):

**Fax:**
**Email:** lfcaldwell-mcmillan@lsem.org

Jamie Rodriguez ( Caring for Complex Kids Coalition)
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 963108
**Phone:** 314-534-4200
**Fax:**
**Email:** jlrodriguez@lsem.org

Jane Perkins ( Caring for Complex Kids Coalition)
National Health Law Program
200 N. Greensboro St., Ste. D-13
Carrboro, North Carolina 27510
**Phone:** 919-968-6308
**Fax:**
**Email:** perkins@healthlaw.org

Sarah Grusin ( Caring for Complex Kids Coalition)
National Health Law Program
200 N. Greensboro St., Ste. D-13
Carrboro, North Carolina 27510
**Phone:** 919-968-6308
**Fax:**
**Email:** grusin@healthlaw.org

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** This action is brought under the EPSDT mandate of Title XIX of the Social Security Act, 42 U.S.C. § 1396a(a)(43)(C); the Americans with Disabilities Act, 42 U.S.C. §§ 12131-32; and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(b), to declare that the Missouri Department of Social Services' failure to make in-home private duty nursing services available to Medicaid-enrolled children violate these federal statutes and to enjoin the Department from failing to make these services available to Medicaid-enrolled children.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Joel Ferber

**Date:** 3/3/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.