In the United States District Court
Western District of Missouri
CENTRAL DIVISION

| | |
|---|---|
| S.J., et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:20-CV-04036-MDH |
| ) | |
| JENNIFER TIDBALL, et al ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Defendants, through counsel, hereby certify that Defendants' Thirteenth Supplemental Responses to Plaintiffs' First Request for Production of Documents Subject to the Previously Filed Objections and Bates Docs *S.J., et al v. Tidball, et al 016969-017532* along with a copy of this Certificate, were sent via email transmission this 26th day of March, 2021, to the following:

Joel Ferber
Lisa J. D'Souza
Lucas Caldwell-McMillan
Jamie Rodriguez
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 63108
jdferber@lsem.org
ljdsouza@lsem.org
lfcaldwell-mcmillan@lsem.org
jlrodriguez@lsem.org

Jane Perkins (*admitted pro hac vice*)
Sarah Grusin (*admitted pro hac vice*)
National Health Law Program
200 N. Greensboro St., Ste. D-13
Carrboro, NC 27510

perkins@healthlaw.org
grusin@healthlaw.org

**COUNSEL FOR PLAINTIFFS**


James Fletcher
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington D.C. 20523
James.Fletcher@usdoj.gov

**COUNSEL FOR THE UNITED STATES OF AMERICA**

Charles M. Thomas
Assistant United States Attorney
United States Attorney's Office
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Charles.Thomas@usdoj.gov

**COUNSEL FOR THE UNITED STATES OF AMERICA**

    Respectfully submitted,

    **ERIC S. SCHMITT**
    Attorney General

    */s/ Mary L. Reitz*
    Mary L. Reitz #37372
    Assistant Attorney General
    P.O. Box 899
    Jefferson City, MO 65102
    Phone: 573-751-9692
    Fax: (573) 751-9456
    Email: mary.reitz@ago.mo.gov

    **ATTORNEY FOR DEFENDANTS**