IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| S.J., by and through her next friend, S.S, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-04036-MDH |
| ) | |
| JENNIFER TIDBALL, in her official capacity as Acting Director of Missouri Dept. of Social Services, and Missouri Dept. of Social Services, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff R.R., by and through his next friend, M.D, and the Defendants. (Doc. 249). Based on parties' filing, the Court hereby dismisses plaintiff R.R.'s claims, without prejudice, with each party to bear their own costs and attorneys' fees. This dismissal pertains solely to any claims brought by plaintiff R.R. and has no effect on the remaining Plaintiffs' claims.

**IT IS SO ORDERED.**

DATED: October 25, 2021

          */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**